**Brief Stricken and Order filed July 22, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00414-CV
_____

## IN THE MATTER OF A.J.F., A CHILD

**On Appeal from County Court at Law No. 2
Galveston County, Texas
Trial Court Cause No. 19-JV-0022**

## ORDER

On July 2, 2019, we issued an order striking the brief appellant filed earlier that day because the brief discloses the name of a child in this juvenile certification appeal in violation of Tex. R. App. P. 9.8(c)(1)(A). We ordered to file a brief that complies Tex. R. App. P. 9.8(b)(1) by July 12, 2019. No brief has been filed.

Therefore, we order appellant's appointed counsel, **Joel Bennett**, to file an amended brief on or before **July 24, 2019.** If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file appellant's brief.

PER CURIAM